AUSA:     Philip Jacques           Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint     Special Agent:     Randal Cummings     Telephone:  (313) 226-0500

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

   v.

Duver Jairo Ferrin Mosquera

Case No. 26-30081

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 17, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2113(b) | Bank Robbery |
| 18 U.S.C. § 371 | Conspiracy to commit bank theft. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Randal Cummings, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _February 14, 2026_

_____
*Judge's signature*

City and state:  _Ann Arbor, Michigan_

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Randal Cummings, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of a Criminal Complaint against Duver Jairo FERRIN MOSQUERA ("MOSQUERA"), a citizen of Venezuela believed to be illegally present in the United States.  As explained in more detail below, I submit that there is probable cause to believe that MOSQUERA conspired with others to commit a form of bank theft (called "ATM Jackpotting") from ATM machines at PNC Banks in Ann Arbor, Michigan; Belleville, Michigan; and Indianapolis, Indiana; on November 16, 2025 (Michigan), and November 14 – 15, 2025 (Indiana), respectively. I further submit that there is probable cause to believe that MOSQUERA and other co-conspirators undertook overt acts in furtherance of the bank theft conspiracy in the Eastern District of Michigan.

2.      I am a Special Agent with Homeland Security Investigations ("HSI"), of the United States Department of Homeland Security ("DHS").  I have been employed as a Special Agent with HSI since August 2010 and am currently assigned to the Special Agent in Charge ("SAC"), Office of Investigations, in Detroit, Michigan.  I have successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I was previously employed from

September 2005 through August 2010 with the U.S. Department of Labor - Office of Labor-Management Standards as a Lead Criminal Investigator. Since December 2014, I have been a member of the U.S. Secret Service-led Southeast Michigan Cyber Fraud Task Force and have investigated federal criminal violations of bank fraud, bank theft, wire fraud, access device fraud, identity theft, child exploitation, and human trafficking.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, detectives, and witnesses, both in person and in documentary form. This affidavit does not contain every fact that I have learned during the investigation, but instead includes only those facts I believe establish sufficient probable cause in support of the Criminal Complaint and requested arrest warrant for MOSQUERA.

### PROBABLE CAUSE -- CONSPIRACY TO COMMIT BANK THEFT IN VIOLATION OF 18 U.S.C. §§ 371 and 2113(b)

4.      Title 18, United States Code Section 2113(b) provides that "Whoever takes and carries away, with intent to steal or purloin, any property or money . . . exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any . . . credit union . . ." commits the crime of bank theft. Title 18, United States Code, § 371, the conspiracy statute, states that it is a crime "If two or

more persons conspire either to commit any offense against the United States . . . and one or more of such persons do any act to effect the object of the conspiracy."

5.      In my training and experience, I have learned that bank theft can be committed through ATM Jackpotting.  I am informed by the United States Attorney's Office that ATM Jackpotting is a violation of and is typically charged under 18 U.S.C. § 2113(b).  *United States v. Gilmore*, 282 F.3d 398, 404 (6th Cir. 2002), citing cases.

6.      I am investigating a conspiracy that I believe may connect numerous Venezuelan nationals operating in Michigan and other states to victimize financial institutions through bank theft of automated teller machines (ATM) known as ATM Jackpotting.

7.      My investigation has revealed that beginning on or about November 14, 2025, and continuing until at least on or about November 16, 2025, PNC Banks located at 5490 Jackson Road, Ann Arbor, Michigan; 2140 Rawsonville Road, Belleville, Michigan, both within the Eastern District of Michigan, along with a PNC Bank located at 4355 E. 10th Street, Indianapolis, Indiana, were the victim of ATM Jackpotting.

8.      PNC is a financial institution federally insured by the Federal Deposit Insurance Corporation (FDIC).

## DETAILS OF INVESTIGATION

9.     On November 17, 2025, U.S. Customs and Border Protection Officers (CBPO) assigned to the Detroit Ambassador Bridge encountered a silver-colored Honda CR-V with temporary North Carolina tag 010426.  MOSQUERA mistakenly drove onto a one-way ramp to the U.S./Canada border at the Ambassador Bridge in Detroit, Michigan.  CBPO encountered MOSQUERA, Jesus MARCANO ALVAREZ, and Yessica DIAZ ALVAREZ, all three were found to be native and citizens of Venezuela and escorted to secondary inspection for further investigation.

10.     MOSQUERA was found to have been encountered by United States Border Patrol on or about August 10, 2022, near Eagle Pass, Texas.  MOSQUERA entered the United States unlawfully from Mexico and was paroled into the United States.

11.     MOSQUERA filed an application for Asylum with the United States on or about April 19, 2024, which is still pending.  MOSQUERA filed an application for Temporary Protected Status, which was approved on August 15, 2024, and appeared to have expired on April 2, 2025.  CBPO record checks disclosed that MOSQUERA was an individual who unlawfully entered the United States without inspection and currently has a pending Asylum application.

12. During a vehicle inspection by CBPO of the Honda CR-V, CBPO discovered multiple bags containing bulk United States currency, a Colorado license plate bearing CZC W95, and access device equipment. The count of all currency located in the vehicle and on all the individuals was determined to be $158,475.

13. The access device equipment, NVMEM.2 M-Key to PCI-E Riser Card Express Connector and PCIE 1x 60cm USB 3.0 Cable, located in the vehicle by CBPO is known to me through prior investigations involving ATM Jackpotting as a device that can be used to access ATM machines for the purpose of illegally extracting funds.



14. MOSQUERA was interviewed by CBPO, me, and other Homeland Security Investigations Special Agents with the assistance of Spanish translator CBPO Zuniga. MOSQUERA was read his rights per Miranda and agreed to waive his rights and answer questions. MOSQUERA stated that the bulk U.S. currency

recovered by CBPO in the Honda CR-V was not his and signed a Notice of Abandonment form for the currency.

15.     MOSQUERA stated that he was paid $2,000 by MARCANO ALVAREZ to drive him and his spouse DIAZ ALVAREZ from North Carolina to Detroit, Michigan, because he has a driver's license.  MOSQUERA was also asked to drive them to Chicago after they finished getting money from ATM machines. MOSQUERA stated that they met up with an individual named "El Techico" to pick up a device that helped with getting money from ATM machines. MOSQUERA stated that he never went with them to get money from ATM machines and would not admit to directly being involved in stealing money from ATM machines.   MOSQUERA was asked about Colorado license plate CZC W95 found in the Honda CR-V by CBPO during the search of the vehicle. MOSQUERA stated that the plate was taken off a vehicle and picked up in Indiana on or about November 15, 2025.

16.     Jesus MARCANO ALVAREZ was interviewed by CBPO, me, and other Homeland Security Investigations Special Agents with the assistance of Spanish translator CBPO Zuniga.  MARCANO ALVAREZ stated that the bulk U.S. currency recovered by CBPO in the Honda CR-V was not his and signed a Notice of Abandonment form for the currency.  MARCANO ALVAREZ denied any involvement with ATM jackpotting.

17.    Yessica DIAZ ALVAREZ was interviewed by CBPO and Homeland Security Investigations Special Agents with the assistance of Spanish translator CBPO Zuniga.  I was provided with information that DIAZ ALVAREZ was read her rights per Miranda and agreed to waive her rights and answered questions. DIAZ ALVAREZ stated that the bulk U.S. currency recovered by CBPO in the Honda CR-V was not hers and signed a Notice of Abandonment form for the currency.

18.    I was provided with information that DIAZ ALVAREZ stated she drove from North Carolina to Detroit with her spouse MARCANO ALVAREZ and MOSQUERA.  They stayed at a Motel 6 in Auburn Hills, Michigan, and arrived on or about Saturday, November 15, 2025.  DIAZ ALVAREZ stated that they met with a man that goes by the name "Muracho" who gave him the skimming equipment for ATM machines.  DIAZ ALVAREZ stated that her spouse MARCANO ALVAREZ started leaving the motel by himself and she didn't know his whereabouts.  They later met up with "Muracho", and a man named "El Tecnico" at a gas station who gave them U.S. currency to take to Chicago.  DIAZ ALVAREZ was not aware of the address in Chicago where they were supposed to deliver the money.  The U.S. currency was with them when they made a wrong turn on morning of November 17, 2025, which led them to be stopped by CBPO at the Detroit Ambassador Bridge.

7

19.     MOSQUERA, Jesus MARCANO ALVAREZ, and Yessica DIAZ ALVAREZ, were placed in immigration custody and transported to Calhoun County jail (Michigan) because of the incident.   Jesus MARCANO ALVAREZ and Yessica DIAZ ALVAREZ have since been deported to their home country.

20.     During a cursory U.S. Customs and Border Protection border search of the subjects' cellphones by CBPO during the initial encounter on November 17, 2025, CBPO noticed images of PNC Bank ATM machines.

21.     Cellphones were seized by CBPO and later turned over to me.  I transported the cellphones to the U.S. Secret Service Southeast Michigan Cyber Fraud Task Force (SEMCFTF) in Novi, Michigan.

22.     On November 21, 2025, I contacted PNC Bank Vice President of Physical Security Services Fred Mattress regarding possible incidents of ATM Jackpotting in Michigan and Indianapolis.

23.     On December 4, 2025, Mattress provided information that PNC Bank located at 4355 E 10th Street, Indianapolis, Indiana, suffered a loss of $71,000 on November 14 & 15, 2025, during the approximate hours of 10:30 p.m. to 3:05 a.m.; PNC Bank located at 5490 Jackson Road, Ann Arbor, Michigan, suffered a loss of $10,000 on November 16, 2025, during the approximate hours of 6:18 p.m. to 8:13 p.m.; and PNC Bank located at 2140 Rawsonville Road, Belleville,

8

Michigan, suffered a loss of $197,000 on November 16, 2025, during the

approximate hours of 9:19 p.m. to 11:52 p.m.

## PNC BANK – INDIANAPOLIS, INDIANA

24.     PNC Bank provided information that their ATM machine located at

the Linwood Square Office, 4355 E 10th Street, Indianapolis, Indiana, was

victimized on November 14 & 15, 2025, from approximately 10:30 p.m. to 3:05

a.m., where $71,000 was stolen from the ATM machine.

25.     On December 10, 2025, Mattress filed a complaint with the

Indianapolis Metro Police Department stating that the PNC Bank located at 4355

E. 10th Street was involved in a jackpotting incident at their stand-alone ATM on

the property.  Mattress provided the Indianapolis Metro Police Department with

video and images of the incident.

26.     Indianapolis Metro Police Department Detective Stephen Jones

provided me with following information:

- The unknown suspects arrived at the ATM at approximately 10:30

  p.m. on November 14, 2025.

- Suspect vehicle is a White Toyota Corolla, with Indiana Temporary

  Plate N843190 (Detective Jones ran the plate through the Indiana

  BMV and did not obtain a return, indicating it is fake).

9

- Suspect exits from the back driver door and immediately opens the ATM.

- Suspect closes the ATM and leaves at 10:31 p.m.

- The same suspects return at 1:14 a.m., and access the ATM.

- The suspect closed the ATM and left at 1:16 a.m., but left a cellphone on top of ATM.

- The suspects return at 1:36 a.m. and opened the ATM again.

- The ATM is closed and the suspects depart at 1:36 a.m.

- Suspect returns at 1:54 a.m., and the driver of vehicle accesses the ATM as what appears to be a normal transaction but obtains several large stacks of cash.

- The suspect vehicle then pulls away at 2:08 a.m.

- The suspect vehicle returns at 2:15 a.m., and again obtains several stacks of cash then leaves at 2:39 a.m.

- Suspects returned at 2:45 a.m., and obtained another large sum of money and departed at 2:55 a.m.

- Suspect returns a final time at 3:04 a.m., and the back seat passenger exits the vehicle.

- The suspect opens the ATM briefly, retrieves a device from inside, closes the ATM, and collects the cellphone off the top of ATM.

- Vehicle leaves at 3:05 a.m.

27.     I reviewed ATM surveillance images provided by PNC Bank of the incident in Indianapolis, Indiana, which showed a White Toyota Corolla bearing temporary license plate N843190, a Michael Jordan "Air Jordan logo" in the upper left corner of the rear window, and what appears to be a square shaped sticker or sticker residue near the gas tank of the vehicle parked next to the ATM machine.



28.     On November 21, 2025, Task Force Officer Curt Novara obtained a State of Michigan search warrant for the forensic examination of cellphones seized by CBPO on November 17, 2025, at the Detroit Ambassador Bridge and later

turned over to me.  Forensic examinations of the phone(s) belonging to

MOSQUERA were reviewed for images, videos, communication, and cellphone

location data related to the incident at PNC Bank in Indianapolis, Indiana.

29.     A data mapping of device locations was conducted by Livingston

County Sheriff's Office Forensic Examiner Ed Wagrowski.  The mapping of

device locations from November 14, 2025, at 10:00 p.m., through November 15,

2025, at 3:10 a.m., disclosed that MOSQUERA's cellphone was around PNC Bank

located at 4355 E 10th Street, Indianapolis, Indiana.



30.     Further mapping device location data of MOSQUERA'S location data

for November 16, 2025, disclosed that MOSQUERA's cellphone moved from

Central Indiana to Southeastern Michigan.



**PNC BANK – ANN ARBOR, MICHIGAN**

31.    PNC Bank provided information that their ATM machine located at

the Jackson/Zeeb Office, 5490 Jackson Road, Ann Arbor, Michigan, was

victimized on November 16, 2025, from approximately 6:18 p.m. to 8:13 p.m.,

where $10,000 was stolen from the ATM machine.

32.    I reviewed ATM surveillance images and video provided by PNC

Bank of the incident that occurred at the Jackson/Zeeb office in Ann Arbor,

Michigan.  An image provided by PNC Bank dated November 16, 2025, disclosed

an unknown individual wearing brown sweatpants and a light-and-dark hoodie

accessing the ATM machine.  The unknown individual is standing next to white

Toyota Corolla bearing temporary license plate N843190, with a Michael Jordan

"Air Jordan logo" in the upper left corner of the rear window, and what appears to

be a square shaped sticker or sticker residue near the gas tank of the vehicle.



33.     I reviewed the forensic examinations of the phone(s) belonging to
MOSQUERA for images, videos, communication, and cellphone location data
related to the incident at PNC Bank in Ann Arbor, Michigan.

34.     The review of images contained on the cellphone of MOSQUERA
disclosed an image of a PNC Bank ATM machine with PX 90 written in black
sharpie on the top right corner and what appears to be rectangular sticker residue

14

on the lower door of the machine.



35.   PNC Bank Vice President of Physical Security Services Fred Mattress

provided me with full image of the ATM machine located at the Jackson/Zeeb

Office, 5490 Jackson Road, Ann Arbor, Michigan, which has PX 9030 written in

black sharpie on the top right corner of the machine and rectangular sticker residue

from missing stickers on the lower door.



36.     A data mapping of device locations was conducted by Livingston County Sheriff's Office Forensic Examiner Ed Wagrowski.  The mapping of device locations for November 16, 2025, from 6:00 p.m. to 8:15 p.m., disclosed that MOSQUERA's cellphone was around PNC Bank located at 5490 Jackson Road, Ann Arbor, Michigan.



37.     Further review of images recovered from MOSQUERA's cellphone disclosed an image of the area surrounding PNC Bank located at 5490 Jackson Road, Ann Arbor, Michigan, with a modified date of November 16, 2025.  Based on my experience investigating ATM Jackpotting incidents, I am aware that crew

members conduct surveillance and take pictures of the target locations.



38.     I conducted an open-source Google image search of the intersection

near 5490 Jackson Road, Ann Arbor, Michigan.





**PNC BANK – BELLEVILLE, MICHIGAN**

39.     PNC Bank provided information that their ATM machine located at

the Rawsonville/I-94 Office, 2140 Rawsonville Road, Belleville, Michigan, was

victimized on November 16, 2025, from approximately 9:19 p.m. to 11:52 p.m.,

where $197,000 was stolen from the ATM machine.

40.     I reviewed ATM surveillance images and video provided by PNC

Bank of the incident that occurred at the Rawsonville/I-94 Office, 2140

Rawsonville Road, Belleville, Michigan.  An image provided by PNC Bank dated

November 16, 2025, disclosed an unknown individual wearing brown sweatpants

and a light-and-dark hoodie at the ATM machine, the same clothing worn by the

individual accessing the PNC Bank ATM machine in Ann Arbor, Michigan.  The

unknown individual is standing next to white Toyota Corolla bearing temporary

18

license plate N843190, with a Michael Jordan "Air Jordan logo" in the upper left

corner of the rear window, and what appears to be a square shaped sticker or

sticker residue near the gas tank of the vehicle.

41.    I reviewed the forensic examinations of the phone(s) belonging to

MOSQUERA for images, videos, communication, and cellphone location data

related to the incident at PNC Bank in Belleville, Michigan.

42.    The review of images contained on the cellphone of MOSQUERA

disclosed an image of a PNC Bank ATM machine with a modified date of

November 17, 2025, 1:49:39 AM (UTC+0) in additional file information.  Open-

source web data for UTC to EST time converter showed a time of November 16,

2025, at 8:49 p.m.  Through my experience investigating ATM Jackpotting cases, I

am aware that crew members take photos and videos of the ATM machines before

and during the time they are victimized.



43.     PNC Bank Vice President of Physical Security Services Fred Mattress

provided me with full image of the ATM machine located at the Rawsonville/I-94

Office, 2140 Rawsonville Road, Belleville, Michigan.  The ATM machine in the

image provided by Mattress appears to match the image recovered from

MOSQUERA's cellphone.  The images appear to have the same markings and

scratches on the right side of the outer dark gray casing of the ATM machine.



44.     A data mapping of device locations was conducted by Livingston County Sheriff's Office Forensic Examiner Ed Wagrowski.  The mapping of device locations for November 16, 2025, from 9:00 p.m. to 11:59 p.m., disclosed that MOSQUERA's cellphone was around PNC Bank located at 2140 Rawsonville Road, Belleville.



45.     Furthermore, through my training and experience conducting investigations of ATM Jackpotting, I am aware that ATM Jackpotting generally involves several crew members, some of which may serve as lookouts and not be physically at the bank ATM, but who are still coordinating and communicating with others that are physically jackpotting the ATM.

46.     On February 10, 2026, I obtained an incident report from the Washtenaw County Sheriff's Office filed by PNC Bank Physical Security Specialist Patrick Hickey.

47.     The report stated that on November 16, 2025, at approximately 6:18 p.m., at 2140 Rawsonville Road, PNC Bank security footage revealed two light skin males driving a white Toyota Carolla with Indiana plate N843190 approach the ATM and leave.  Hickey believed that they used a key to implement some sort of hardware that would allow them to withdraw money.  Hickey stated that two males later returned and withdrew $197,000.  Hickey stated PNC Bank became aware of the incident on November 20, 2025, while the bank was doing a routine refill of the machine.

48.     Hickey stated that the second incident occurred at 5490 Jackson Road. Hickey stated that the method was the same as the previous mentioned incident, but this time they withdrew $10,000.

22

49.     A review of the device locations for Jesus MARCANO ALVAREZ and MOSQUERA based on extractions authorized by a State of Michigan search warrant for the forensic examination of cellphones belonging to MARCANO ALVAREZ and MOSQUERA seized on November 17, 2025, at the Detroit Ambassador Bridge was conducted by HSI Criminal Analyst Ryan McInerney.

50.     Criminal Analyst McInerney filtered the data by day between November 13, 2025, and November 16, 2025, to compare the travel of the MARCANO ALVAREZ' device and MOSQUERA's device.  Significant overlap between the two devices' locations was identified.  The locations of MARCANO ALVAREZ' device are plotted in **red**, while the locations of the MOSQUERA's device are plotted in **green** in the charts below.

**November 13, 2025**





**November 14, 2025**





**November 15, 2025**



**November 16, 2025**



# **CONCLUSION**

51.     For all these reasons, I respectfully submit that there is probable cause to believe that during the period of November 14, 2025, through November 16, 2025, MOSQUERA committed and conspired with others to commit bank theft, in violation of 18 U.S.C. §§ 2113(b), and 371 in the Eastern District of Michigan and elsewhere.

Respectfully submitted,

_____
Randal Cummings
Special Agent, Homeland Security
Investigation

Subscribed and sworn to before me
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date:   February 14, 2026

26